FILED'06 APR 17 10:25USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KELLY D. SCHOONOVER, | Civil No. 05-629-TC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARTNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,650.00 are awarded to Plaintiff's attorney, Rory Linerud, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this __17__ day of __April__, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [05-629-TC]